# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA MEDINA | : |
| Plaintiff, | : |
| v. | NO: 2:23-cv-04580-JMY |
| CITY OF PHILADELPHIA | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE pursuant to Fed.R.Civ.P. 41(1)(A)(i), that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

Respectfully submitted,

CREECH & CREECH, LLC

/s/ Timothy P. Creech
TIMOTHY P. CREECH
1835 Market St., Suite 2710
Philadelphia, PA 19103
(215) 575-7618; Fax: (215) 575-7688
Timothy@CreechandCreech.com

DATED:   December 4, 2023